# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER WILLCUTT and TRACIE WILLCUTT, husband and wife,<br><br>　　Plaintiffs,<br><br>v.<br><br>An insurance company d/b/a "GEICO" with an actual legal entity name as either GEICO GENERAL INSURANCE COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, or GEICO CASUALTY COMPANY, a corporation,<br><br>　　Defendant. | Case No. **CIV-12-154-R** |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Christopher Willcutt and Tracie Willcutt, husband and wife, hereby voluntarily dismiss all claims in this action without prejudice.

Dated this **29th** day of **March, 2012**.

_/s/ John Branum_
John L. Branum, OBA #20165
CARR & CARR
1350 S.W. 89th Street
Oklahoma City, OK  73159
405/249-4215 (Direct)
800/418-8210 (Fax)
jbranum@carrcarrokc.com
**ATTORNEYS FOR PLAINTIFFS**